IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN C NEAL                                                                                          PLAINTIFF

v.                                           No. 4:20-CV-01034-LPR

McKENDRA ADAMS                                                                               DEFENDANT

## JUDGMENT

Pursuant to the Order that was entered today and the prior orders issued in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are DISMISSED without prejudice.

IT IS SO ADJUDGED this 31st day of July 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE